U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 1 9 2005

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ALEXANDER W. NDAULA | CIVIL ACTION NO: CV04-0722-A |
| VERSUS | JUDGE DEE D. DRELL |
| LEROY HOLLIDAY, ET. AL. | MAGISTRATE JUDGE KIRK |

### ORDER

CONSIDERING THE FOREGOING MOTION, it is:

ORDERED, ADJUDGED AND DECREED that, *the Court finding good cause,* the Entry of Default entered on September 21, 2005, is hereby withdrawn and set aside and that the Answer submitted by Defendants, DEFENDANTS, LEROY HOLLIDAY, WARDEN JOHNSON, PAT SMITH, LIEUTENANT EMMFINGER, OFFICER BOKE, LIEUTENANT RAMSEY and CASSANDRA PATT, is hereby allowed to be filed.

October 19, 2005

_____
MAGISTRATE JUDGE KIRK