U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

APR 1 2 2007

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ALEXANDER WHITE NDAULA,<br>Plaintiff | CIVIL ACTION<br>NO. CV04-0722-A |
| VERSUS | |
| LEROY Holliday, et al.,<br>Defendants | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the complaint against Michael Loyd is DISMISSED WITHOUT PREJUDICE for failure to timely effect service of process pursuant to Fed.R.Civ.P. rule 4(m).

IT IS ALSO ORDERED that defendants' partial motion for summary judgment is GRANTED on the issue of a false report and that Ndaula's claims against Pat Smith be DISMISSED WITH PREJUDICE.

IT IS ALSO ORDERED that defendants' partial motion for summary judgment is DENIED on all other claims and as to all other defendants.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 12th day of April, 2007.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE